IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SUSAN L. GEORGE                                                                PLAINTIFF

v.                                          Case No. 6:06-cv-6039

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                 DEFENDANT

## JUDGMENT

Comes now the Court on this the **6th day of July, 2007**, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge